**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

BIANCA M. JOYAL,

    Plaintiff,

vs.                                         CASE NO.: 1:08-CV-00148-SPM-AK

THE ST. JOE COMPANY, Florida
corporation, d/b/a Shark's Tooth Golf Club,

    Defendant.
_____/

## ORDER OF DISMISSAL

This case is hereby dismissed with prejudice pursuant to the parties' "Stipulated Notice of Voluntary Dismissal With Prejudice" (doc. 10) and Federal Civil Procedure Rule 41(a)(1)(A)(i).  Accordingly, the clerk shall close this case.

DONE AND ORDERED this <u>twenty-fourth</u> day of February, 2009.

                    *s/ Stephan P. Mickle*
                    Stephan P. Mickle
                    United States District Judge